| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dana M. Douglas (SBN 220053)<br>Attorney at Law<br>11024 Balboa Blvd., No. 431<br>Granada Hills, CA  91344<br>MAILING ADDRESS:<br>4712 Admiralty Way #1001<br>Marina del Rey, CA  90292<br>818-360-8295<br>dana@danamdouglaslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 31 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** reid        **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA</u>  DIVISION**

| In re:<br><br><br>ALAIN AZOULAY,<br><br><br><br><br><br><br><br><br>                                                      Debtor(s). | CASE NO.:    8:19-bk-11550-TA<br>CHAPTER:    7<br><br>**ORDER GRANTING MOTION**<br>**FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>DATE:              5/21/2019<br>TIME:              1:30 pm<br>COURTROOM:   5A<br>PLACE:            US Bankruptcy Court<br>                        411 W. Fourth St.<br>                        Santa Ana, CA  92701 |
|---|---|

**Movant** *(name)*:
    ALAIN AZOULAY

1. The Motion was:        ☒ Opposed        ☐ Unopposed        ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

        *Vehicle identification number:*
        *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

        *Serial numbers(s):*
        *Location (if known):*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    Page 1                                           **F 4001-1.IMPOSE.STAY.ORDER**

☒ Real property:

    *Street Address:*    *327 Salta Verde Point*
    *Unit Number:*
    *City, State, Zip Code:* *Long Beach, CA  90803*

Legal description or document recording number (*including county of recording*):

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☐ The present case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☒ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☒ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

/ / /

/ / /

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 4001-1.IMPOSE.STAY.ORDER

10. ☒ Other (*specify*):

**The stay will remain in effect indefinitely as requested in the Motion. However, a status conference will be held on June 25, 2019, at 10:30 am in Courtroom 5B, at which time the court will determine whether the continuation of the stay should be maintained or revoked.**

###

Date: May 31, 2019

*[signature]*
Erithe Smith
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 4001-1.IMPOSE.STAY.ORDER**