| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dana M. Douglas (SBN 220053)<br>Attorney at Law<br>11024 Balboa Blvd., No. 431<br>Granada Hills, CA  91344<br>MAILING ADDRESS:<br>4712 Admiralty Way #1001<br>Marina del Rey, CA  90292<br>818-360-8295<br>dana@danamdouglaslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**AUG 22 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY steinber  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA  DIVISION**

| In re:<br><br>ALAIN AZOULAY,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:19-bk-11550-TA<br>CHAPTER:  7<br><br>**ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY *IN PART***<br><br>DATE:  6/25/2019<br>TIME:  10:30 am<br>COURTROOM:  5B<br>PLACE:  US Bankruptcy Court<br>411 W. Fourth St.<br>Santa Ana, CA  92701 |

**Movant** *(name)*:
    ALAIN AZOULAY

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

      *Vehicle identification number:*
      *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

      *Serial numbers(s):*
      *Location (if known):*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                              **F 4001-1.IMPOSE.STAY.ORDER**

- ☐ Other personal property *(describe type, identifying information, and location)*:

- ☒ Real property: *EXCEPT AS TO SECURED CREDITOR BANK OF AMERICA, N.A.*

    **Street Address:** 327 Salta Verde Point
    **Unit Number:**
    **City, State, Zip Code:** Long Beach, CA 90803
    Legal description or document recording number *(including county of recording)*: APN 2606-014-041

- ☐ See attached page.

3. The Motion is granted on the grounds that:
    a. ☐ The present case was filed in good faith.
    b. ☒ The Property is of consequential value or benefit to the estate.
    c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
    d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
    a. ☐ Imposed *as to all creditors* until further order of the court.
    b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
    c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
    d. ☒ Continued *as to all creditors* until further order of the court. *(EXCEPT AS TO BANK OF AMERICA, N.A.)*
    e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
    f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

**The motion is denied as to Bank of America.**

Date: August 22, 2019

*/s/ Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 4001-1.IMPOSE.STAY.ORDER