RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | Case No. 8:19-bk-11550-TA |
|---|---|
| ALAIN AZOULAY, | Chapter 7 |
| Debtor. | NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO RETAIN BKGLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, Chapter 7 Trustee ("Trustee" or "Applicant") for the Bankruptcy Estate ("Estate") of Alain Azoulay ("Debtor"), has filed an application ("Application") for entry of an order authorizing the retention of (1) BK Global Real Estate Services ("BKG") and (2) Clarence Yoshikane of Coldwell Banker ("Agent").

Trustee requests approval to retain BKG and Agent (individually and collectively referred to as "Broker" or "Brokers"), at no cost to the estate, to negotiate with and persuade the first lienholder, Bank of America ("BofA") on the Property (defined below) in which the estate has no equity to (1) allow Trustee to sell the Property at the highest price that the market will bear, (2) waive the resulting deficiency claim and (3) pay an 11 U.S.C. § 506 surcharge of 5%

1
APPLICATION TO EMPLOY BKGLOBAL AND REAL ESTATE AGENT

5000-455

1  provided the sale price is at least $1,305,000 to provide carveout for the benefit of the estate and
2  pay all other sale expenses.
3       On April 25, 2019, Debtor filed a voluntary petition under Chapter 7 of Title 11 the
4  United States Code. On the same day, Richard A. Marshack was appointed as the Chapter 7
5  trustee of the Estate.
6       In his Schedule A/B, Debtor lists an ownership interest in real property located at 327
7  Salta Verde Point, Long Beach, CA 90803 with a scheduled value of $1,050,000 (the
8  "Property"). Schedule D reflects that the Property is encumbered by one deed trust in favor of
9  BofA in the amount exceeding $1,780,000 ("BofA Deed") and a lien in favor of Spinnaker
10 Homeowners Association (the "HOA") in the amount of $8,000 (the "HOA Lien").  Trustee
11 believes the Property may also be encumbered by 3 junior judgment liens.
12      Agent has inspected the Property and informed the Trustee that the Property has a value
13 of between $1,299,900 to $1,329,900.
14      On or about June 11, 2019, Trustee was contacted by BKG to discuss BofA's request for
15 the Trustee to sell the Property.
16      In  order to market the Property most effectively, and thereby to liquidate the same for
17 the best and highest price, Trustee has solicited the assistance of  Agent, a licensed real estate
18 agent.  Agent, on behalf of Trustee, has examined the information related to the Property and has
19 agreed to advertise the Property at the Agent's expense, to show the Property to interested
20 parties, to represent the Estate as seller in connection with the sale of the Property, and to advise
21 Trustee with respect to obtaining the highest and best offers available in the present market.
22 Based on the foregoing agreement, Trustee desires to enter into listing agreement and addendum
23 ("Listing Agreement"), in substantially the form as attached hereto as Exhibit "1," to employ
24 Agent as the Estate's real estate agent to procure and submit to Trustee offers to purchase the
25 Property.
26      In consideration for such services, subject to further application and Court order, the
27 Agent, BKG and buyer's agent will receive, upon consummation of a sale, a real estate
28 commission in an amount equal to a minimum of 5% of the purchase price which will be paid

from the proceeds from the sale of the Property. To be clear, each one of the three parties will seek 1/3 of the 5% commission.

Agent and BKG have been informed and understand that no sale of the Property may be consummated until after (1) a notice to creditors with the opportunity for a hearing and (2) a Court Order approving the sale of the Property. The proposed agreements are attached and provide that BKG and Agent will not be entitled to any compensation from the Estate whatsoever under any circumstances. They will only receive and share a customary brokerage commission that is paid by BofA as an 11 U.S.C. § 506 surcharge approved by this Court.

Agent and BKG are aware of the provisions of Bankruptcy Code Section 328(a) and have agreed, notwithstanding the terms and conditions of employment herein set forth, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

The complete scope and terms of the employment are detailed in the Application a copy of which can be obtained by contacting Richard A. Marshack at the address indicated above.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and request for hearing is 14 days after the date of service of this Notice,  plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  A copy of any response or request for hearing must be served on Richard A. Marshack at the address indicated above.  A copy must also be served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, California 92701. Failure to timely respond may be deemed as acceptance of the proposed relief.  See Local Bankruptcy Rules 9013-1(h).

Dated: October 11, 2019          Respectfully submitted,

   /s/  Richard A. Marshack
Richard A. Marshack, Chapter 7 Trustee for the
Bankruptcy Estate of Alain Azoulay

3
APPLICATION TO EMPLOY BKGLOBAL AND REAL ESTATE AGENT

5000-455

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 11, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Dana M Douglas    dmddouglas@hotmail.com
- Edward W Hess    ed_hess@pacbell.net, fsoriano@pacbell.net
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 11, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2019 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: continued:

| | | |
|---|---|---|
| **DEBTOR**<br>ALAIN AZOULAY<br>34042 CRYSTAL LANTERN<br>DANA POINT, CA 92629-2617 | **DEBTOR**<br>ALAIN AZOULAY<br>110 ECHO RUN<br>IRVINE, CA 92614-7425 | **CREDITOR**<br>A BANFIELD PET HOSPITAL<br>PO BOX 64378<br>SILVER BAY, MN 55614 |
| **CREDITOR**<br>ACCOUNT MANAGEMENT SERVICES<br>6101 BALL RD., STE. 207<br>CYPRESS, CA 90630-3965 | **CREDITOR**<br>AMERICAN EXPRESS<br>PO BOX 7871<br>FORT LAUDERDALE, FL 33329-0000 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| **CREDITOR**<br>BANK OF AMERICA<br>100 N. TRYON ST.<br>CHARLOTTE, NC 28202-4024 | **CREDITOR**<br>BANK OF AMERICA, N.A.<br>C/O MCCARTHY & HOLTHUS, LLP<br>411 IVY STREET<br>SAN DIEGO, CA 92101-2108 | **CREDITOR**<br>BEVERLY RADIOLOGY MED. GROUP<br>PO BOX 101418<br>PASADENA, CA 91189-1418 |
| **CREDITOR**<br>CA FRANCHISE TAX BOARD<br>ATTN:  BANKRUPTCY DEPT.<br>MS: A-340 - PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | **CREDITOR**<br>CARSON, MCBEATH, BOSWELL<br>SO. COAST RETINA CENTER<br>4300 LONG BEACH BLVD. #300<br>LONG BEACH, CA 90807-2008 | **CREDITOR**<br>CMRE 877-572-7555<br>3075 E IMPERIAL HWY.<br>BREA, CA 92821-6733 |
| **CREDITOR**<br>DANA M DOUGLAS<br>ATTORNEY AT LAW<br>4712 ADMIRALTY WAY #1001<br>MARINA DEL REY, CA 90292-6905 | **CREDITOR / POC ADDRESS**<br>ENDOCRINOLOGY & DIABETES SPCLTY GRP<br>3300 E. SOUTH ST. #103<br>LONG BEACH, CA 90805-4582 | **CREDITOR**<br>FCBS INC.<br>FOR CF MEDICAL LLC/LOWER KEYS MED.<br>330 S. WARMINSTER RD., STE. 353<br>HATBORO, PA 19040-3433 |
| **CREDITOR / POC ADDRESS**<br>FIDELITY CREDITOR SVCS.<br>441 N. VARNEY ST.<br>BURBANK, CA 91502-1733 | **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| **CREDITOR / POC ADDRESS**<br>LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | **CREDITOR**<br>M. LEONARD & ASSOCS.<br>14520 ERWIN ST.<br>VAN NUYS, CA 91411-2340 | **CREDITOR**<br>MANDARICH LAW GROUP, LLP<br>FOR CACHE, LLC/WELLS FARGO BANK<br>9200 OAKDALE AVE., STE. 601<br>CHATSWORTH, CA 91311-6513 |
| **CREDITOR**<br>MCM MIDLAND CREDIT MGMT., INC.<br>FOR FIA CARD SERVICES, N.A.<br>2365 NORTHSIDE DR., STE. 300<br>SAN DIEGO, CA 92108-2709 | **CREDITOR**<br>MEDICREDIT, INC.<br>PO BOX 1629<br>MARYLAND HEIGHTS, MO 63043-0629 | **CREDITOR**<br>ORANGE COUNTY TREAS-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| PROGRESSIVE MANAGEMENT SYSTEM<br>1521 W. CAMERON AVE., 1ST FLR<br>WEST COVINA, CA 91790-2738 | QUEST DIAGNOSTICS<br>PO BOX 7306<br>HOLLISTER, MO 65673-7306 | RETINA ASSOCIATES MED. GROUP<br>436 S. GLASSELL ST.<br>ORANGE, CA 92866-1906 |

| **CREDITOR** | **CREDITOR** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| SMETKO, CARL<br>720 N TUSTIN AVE #102<br>SANTA ANA, CA 92705-3606 | SPINNAKER BAY OF LONG BEACH HOME OWNERS CORP<br>C/O LAW OFFICES OF EDWARD W. HESS, JR<br>550 PARKCENTER DRIVE, SUITE 105<br>SANTA ANA, CA 92705-3529 | SPINNAKER BAY OF LONG BEACH HOME OWNERS CORP<br>550 PARKCENTER DR., SUITE 105<br>SANTA ANA, CA 92705-3529 |

| **CREDITOR** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| SPINNAKER HOMEOWNERS ASSOCIATION<br>C/O LAW OFFICE OF EDWARD HESS<br>601 N. PARKCENTER DR., STE. 107-8<br>SANTA ANA, CA 92705-3522 | UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST., SUITE 7160<br>SANTA ANA, CA 92701-4500 | WF CREDIT SERVICES<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 |

**CREDITOR**
WF PLL
PO BOX 94435
ALBUQUERQUE, NM 87199-4435

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**