Robert P. Goe – State Bar No. 137019
Ryan S. Riddles – State Bar No. 298745
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
rriddles@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

General Counsel for Richard A. Marshack,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ALAIN AZOULAY,<br><br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 8:19-bk-11550-TA<br><br>**NOTICE OF MOTION FOR ORDER:**<br><br>**(1) APPROVING SALE OF REAL PROPERTY LOCATED AT 327 SALTA VERDE POINT, LONG BEACH, CA 90803;**<br>**(2) APPROVING SALE FREE AND CLEAR OF LIENS;**<br>**(3) APPROVING CARVE-OUT AGREEMENT;**<br>**(4) APPROVING PAYMENT OF AGENTS' COMMISSIONS;**<br>**(5) FINDING BUYERS ARE GOOD FAITH PURCHASERS; AND**<br>**(6) WAIVING THE 14-DAY STAY IMPOSED BY FRBP 6004(h)**<br><br>Date:    December 17, 2019<br>Time:    11:00 a.m.<br>Ctrm:    5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Richard A. Marshack ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Alain Azoulay ("Debtor"), filed a Motion for an Order: (1) Approving Sale of Real Property located at 327 Salta Verde Point, Long Beach, CA 90803 ("Property"); (2)

1

Approving Sale Free and Clear of Liens; (3) Approving Carve-Out Agreement With Bank of America, N.A. ("BofA"); (4); Approving Payment of Agents' Commissions; (5) Finding Buyers Are Good Faith Purchasers; and (6) Waiving the 14-Day Stay Imposed By FRBP 6004(h) ("Motion"). As discussed herein, the Property is not Debtor's residence but rather a rental property and the first lien holders, Bank of America ("BofA"), which is under secured, has agreed to a short sale whereby, among other things, broker commissions will be paid and the estate shall receive $67,500 net for the estate (or 5% of the sale price).

On April 25, 2019 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, commencing the above-captioned case.

Richard A. Marshack is the duly appointed, qualified, and acting chapter 7 trustee for Debtor's estate.

In Debtor's Schedule A, he lists an ownership interest in the Property [APN: 7242-028-104].

**The Property and Liens**

On April 22, 2006, Debtor signed a deed of trust ("DoT") creating a lien against the Property (defined below) in the original amount of $1,150,000 in favor of Bank of America, N.A. (the "BofA Lien"). On April 28, 2006, BofA recorded the DoT in the Los Angeles County Recorder's Office as instrument number 06-937210. The current payoff balance to BofA is approximately $1,342,954.

According to the Preliminary Title Report ("PTR"), the Property is also encumbered by homeowners association assessment liens in favor of the Spinnaker Bay Homeowners Association ("HOA"). The first of which was recorded on August 10, 2010, as instrument number 10-1108090 in the amount of $1,440; the second of which was recorded on May 29, 2012 as instrument number 12-790961 in the amount of $1,555.00 (collectively the "HOA Liens"). Further, the Property is encumbered by three judgment liens. Specifically, the judgment liens are in favor of Midland Funding, LLC in the amount of $8,893.10 (recorded on June 29, 2012 as instrument number 12-972496), Paul W. Wylie as Trustee of the Urban Coyotes Living Trust dated July 1, 2001 and Linton Family LLC, a Nevada limited liability company in the amount of $6,281.90 (recorded on August 22, 2012 as instrument number 12-1249812), and Cach, LLC in the amount of $3,092.40 (recorded on July 15, 2014 as instrument number 14-728764) (collectively "Judgment Liens"), respectively.

**Employment of Brokers**

On October 11, 2019, Trustee filed the Application to Employ (1) BKGRES and (2) Agent as his real estate agent (the "Application") [Docket No. 46]. On November 1, 2019, the Court entered an Order approving the Application [Docket No. 51]. A real estate commission in an amount equal to a minimum of 5% of the sale price will be paid from the proceeds from the sale of the Property. Agent, BKGRES, and any agent for the buyer(s) will each receive 1/3 of the 5% commission, which 5% commission will be paid by BofA as an 11 U.S.C. § 506 surcharge.

**Marketing Efforts**

Agent has extensively marketed the Property. The Agent's marketing efforts have included listing the Property on the CRMLS Matrix. Additionally, the Agent has marketed the Property on the following online platforms: Coldwell Banker Residential Brokerage website; Agent's website; Zillow.com; Trulia.com; Realtor.com; Facebook; Twitter; and LinkedIn. *Id*. Finally, the Property has been actively marketed in the following print formats: tract mailings; Agent's farm mailings; and Dream Homes magazine. *Id*.

The Agent's marketing efforts were successful. Specifically, Trustee has received an offer from Oscar Mendoza, Elizabeth Loera, and Linda Mendoza (collectively, "Buyers") for $1,350,000.

2

**Tenant on Property**

The Property is currently leased by Munir Ahmen ("Tenant").  To date, the Tenant has been cooperative with the Trustee in his efforts to effectuate a sale of the Property, and Trustee is advised that Buyers want Tenant to remain and post-closing a new rental agreement will be reached.

**The Proposed Sale**

The Trustee has determined that it is in the best interest of the estate and its creditors to proceed with the proposed sale of the Property to the Buyers for the sum of $1,350,000 (the "Sale"), subject to overbid, as described below.

By this Motion, Trustee seeks approval to sell the Property, free and clear of liens, on substantially the terms and conditions set forth in the PSA, which reflects the material terms agreed to between Trustee and the Buyers.  The parties may agree on minor, non-material changes to the PSA prior to the hearing on the Motion.

**THE PROPOSED SALE AND BIDDING PROCEDURES**

**Terms of Sale**

The Trustee seeks to sell the Property to Buyers, subject to overbidding pursuant to the bidding procedures herein, free and clear of the BofA Liens, HOA Liens, and Judgment Liens pursuant to 11 U.S.C. § 363(f)(1), (2), and (5).

The proposed terms of the Sale include the following:

Subject to Court approval and overbid, the Trustee has accepted the Buyers' offer to purchase the Property for the sum of $1,350,000, free and clear of all liens, claims, and interests. The Buyers made an initial deposit by certified check in the amount of $50,000, which is currently held in trust, pending Court approval of the Sale.

The proposed Sale shall be "as is," "where is," "with all faults," and without any warranties, and the transfer of the Property shall be by grant deed.

The Sale is subject to overbidding pursuant to the bidding procedures described herein ("Bidding Procedures").  Any party wishing to make a bid to purchase the Property must comply with these Bidding Procedures.

Potential overbidders must bid at least $10,000 greater than the Buyers' ("Original Bidder") original bid of $1,350,000 or $1,360,000.  Minimum bid increments thereafter shall be $1,000.  Trustee shall have sole discretion in determining which overbid is the best for the bankruptcy estate.

Overbids must be in writing and received by the Trustee on or before **5:00 p.m. Pacific Standard Time on December 12, 2019**.  Overbids must be accompanied by a good faith deposit in the amount of $50,000 in certified funds.

Overbidders must agree to purchase the Property on the terms and conditions set forth in the PSA or on terms no less favorable to the bankruptcy estate.

Overbidders must provide evidence, reasonably acceptable to the Trustee, of the bidder's ability and financial wherewithal to fully and timely close the sale of the Property on the terms and conditions set forth in the PSA.

All overbids must acknowledge that the Property is being sold on an "as-is" basis without warranties of any kind, expressed or implied, concerning the condition of the Property, the quality of title thereto, or any other matters relating to the Property.

If any overbids are received, an auction will be conducted before the Court during the hearing on this Motion. During the auction, the Trustee will accept the highest and best offer to purchase the Property in the exercise of his business judgment and subject to Court approval ("Successful Bidder" the amount the "Successful Bid") and designate the next highest and best offer to purchase the Property ("Back-Up Bidder").  Thereafter, Trustee will request a Court order that, among other things, approves the sale of the Property to the Successful Bidder.

If a Successful Bid is accepted and confirmed by the Court, then the Successful Bidder is to reimburse the Original Bidder up to $2,000 for costs incurred. Only physical inspection, termite inspection, and loan appraisal are reimbursable expenses. Proof of monies spent and all inspection documents to be given to Trustee and Successful Bidder, if applicable.

In the event that the Successful Bidder fails to close on the sale of the Property within the time parameters approved by the Court, then Trustee shall retain the Successful Bidder's good faith deposit, and Trustee shall be released from any obligation to sell the Property to the Successful Bidder. Trustee may then sell to Property to the Back-Up Bidder.

These Bidding Procedures will be provided to all creditors and any potential bidders or parties that have shown an interest in the Property. The Trustee believes that these Bidding Procedures, along with Agent and BKGRES' thorough marketing, will ensure that the highest and best price is received for the Property.

On the basis of the foregoing considerations, the Trustee believes that the proposed Sale is fair and reasonable and will ensure that the estate realizes the highest possible sales price for the Property.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations of Richard A. Marshack and Clarence Yoshikane attached to the Motion, all pleadings and papers on file in this matter, and such other and further oral and documentary evidence as the Court may considered at the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed and served no later than 14 days prior to the hearing on the Motion. *See* Local Bankruptcy Rule ("LBR") 9013-1(f). Failure to timely file a response to the Motion may be deemed as consent to the relief requested by the Motion. *See* LBR 9013-1(h).

Respectfully submitted,

Dated: November 26, 2019     **GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for Chapter 7 Trustee,
    Richard A. Marshack

**Statement of Information in Compliance with LBR 6004-1(c)(3)**

| | |
|---|---|
| *LBR 6004-1(c)(3)(A)* The date, time, and place of the hearing on the proposed sale | December 17, 2019, at 11:00 a.m. 411 West Fourth Street, Courtroom 5B, Santa Ana, CA 92701 |
| *LBR 6004-1(c)(3)(B)* The name and address of the proposed buyer | Oscar Mendoza, Elizabeth Loera, and Linda Mendoza c/o Coldwell Banker Residential Brokerage/Clarence Yoshikane 840 Newport Center Drive, Suite 100, Newport Beach, CA 92660 |
| *LBR 6004-1(c)(3)(C)* A description of the property to be sold | Single Family Residence located at 327 Salta Verde Point, Long Beach, CA 90803 (APN:7242-028-104) |
| *LBR 6004-1(c)(3)(D)* The terms and conditions of the proposed sale, including the price and all contingencies | Price: $1,350,000 Property will be sold "as is" without representations or warranties of any kind, expressed or implied, concerning the condition of the Property, the quality of title thereto, or any other matters relating to the Property. Sale is subject to overbidding during the sale hearing. |
| *LBR 6004-1(c)(3)(E)* Whether the proposed sale is free and clear of liens, claims or interests, or subject to them, and a description of all such liens, claims, or interests | The Sale will be free and clear of all liens against the Property pursuant to 11 U.S.C. § 363(f). |
| *LBR 6004-1(c)(3)(F)* Whether the proposed sale is subject to higher and better bids | The Sale is subject to overbidding during an auction to be held during the hearing on this Motion. The bidding procedures are described on pages 7-9 of the Motion. |
| *LBR 6004-1(c)(3)(G)* The consideration to be received by the estate, including estimated commissions, fees, and other costs of sale | Trustee estimates the bankruptcy estate will receive approximately $67,500 in net proceeds from the Sale. Agent (defined below), BKGRES (defined below), and any buyer's agent will share in a 5% commission as an 11 U.S.C. § 506 surcharge, as detailed below. |

| | |
|---|---|
| *LBR 6004-1(c)(3)(H)* If authorization is sought to pay a commission, the identity of the auctioneer, broker, or sales agent and the amount or percentage of the proposed commission to be paid | The Court has previously approved Trustee's employment of Clarence Yoshikane with Coldwell Banker ("Agent") as his real estate agent. The Court has previously approved Trustee's employment of BK Global Real Estate Services ("BKGRES"). A real estate commission in an amount equal to a minimum of 5% of the sale price will be paid from the proceeds from the sale of the Property. Agent, BKGRES, and any agent for the buyer(s) will receive 1/3 of the 5% commission, which 5% commission will be paid by BofA as an 11 U.S.C. § 506 surcharge. |
| *LBR 6004-1(c)(3)(I)* A description of the estimated or possible tax consequences to the estate, if known, and how any tax liability generated by the sale of the property will be paid | Trustee is not aware of any negative tax consequences to the estate. All outstanding and prorated property taxes, if any, will be paid through escrow. |
| *LBR 6004-1(c)(3)(J)* The date which an objection must be filed and served | December 3, 2019. |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER: (1) APPROVING SALE OF REAL PROPERTY LOCATED AT 327 SALTA VERDE POINT, LONG BEACH, CA 90803; (2) APPROVING SALE FREE AND CLEAR OF LIENS; (3) APPROVING CARVE-OUT AGREEMENT; (4) APPROVING PAYMENT OF AGENTS' COMMISSIONS; (5) FINDING BUYERS ARE GOOD FAITH PURCHASERS; AND (6) WAIVING THE 14-DAY STAY IMPOSED BY FRBP 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Dana M Douglas**    dmddouglas@hotmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Edward W Hess**    ed_hess@pacbell.net, fsoriano@pacbell.net
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 26, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CLARENCE Yoshikane, 1551 N Tustin Avenue, Suite 850, Santa Ana, CA 92705

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 26, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2019 | Susan C. Stein | /s/Susan C.Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL**:

| **Via Certified Mail**:<br>Brian T. Moynihan, CEO<br>Bank of America, N.A.<br>100 N. Tryon Street, Ste. 170<br>Charlotte, NC 28202-4024 | **Via Certified Mail**:<br>Bank of America, N.A.<br>c/o CT Corporation System, Agent for Service<br>818 W. Seventh St., Ste. 930<br>Los Angeles, CA 90017 |
|---|---|
| **Lienholders** ||
| Spinnaker Bay Homeowners Association<br>Manju Lal, Managing Agent<br>306 East Bay Drive, Unit B<br>Newport Beach, CA 92661 | Spinnaker Bay Homeowners Association, Inc.<br>c/o The Law Offices of Edward W. Hess, Jr.<br>601 N. Parkcenter Dr., Ste. 107-108<br>Santa Ana, CA 92705 |
| Spinnaker Bay Homeowners Association, Inc.<br>c/o The Law Offices of Edward W. Hess, Jr.<br>550 Parkcenter Dr., Ste. 105<br>Santa Ana, CA 92705 | The Linton Family LLC<br>c/o Francis O'Brian & Sons Publishing Co., Inc.,<br>Registered Agent<br>2050 S. Magic Way, #295<br>Henderson, NV 89002 |
| Paul W. Wylie, Trustee of Urban Coyotes Living Trust Dated July 1, 2001 and Linton Family LLC<br>c/o Richard M. Hoefflin, Esq.<br>Hoefflin Burrows, a Law Corporation<br>2659 Townsgate Rd., Ste. 232<br>Westlake Village, CA 91361-2756 | Linda M. Linton, Manager<br>Steven M. Linton, Manager<br>The Linton Family Trust, LLC<br>c/o Francis O'Brian & Sons Publishing Co., Inc.,<br>Registered Agent<br>2050 S. Magic Way, #295<br>Henderson, NV 89002 |
| Midland Funding LLC<br>Gregory Call, Secretary<br>350 Camino de la Reina, Ste. 300<br>San Diego, CA 92108 | Cach, LLC<br>Resurgent Capital Service<br>PO Box 10587<br>Greenville, SC 29603-0587 |
|  | Cach, LLC / Wells Fargo Bank<br>c/o Mandarich Law Group, LLP<br>9200 Oakdale Avenue, Ste. 601<br>Chatsworth, CA 91311-6513 |

**In re Alain Azoulay**
**U.S B.C. 8:19-bk-11550-TA**

**Debtor**
Alain Azoulay
34042 Crystal Lantern
Dana Point, CA 92629-2617

**United States Trustee**
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

**Chapter 7 Trustee**
Richard A Marshack (TR)
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

**Debtor's Counsel**
Dana M Douglas
11024 Balboa Blvd #431
Granada Hills, CA 91344-5007

**CREDITORS**

BANK OF AMERICA, N.A.
C/O McCarthy & Holthus, LLP
411 Ivy Street
San Diego, CA 92101-2108

Spinnaker Bay of Long Beach Home Owners Corp
c/o Law Offices of Edward W. Hess, Jr
550 Parkcenter Drive, Suite 105
Santa Ana, Ca 92705-3529

A Banfield Pet Hospital
PO Box 64378
Silver Bay, MN 55614

Account Management Services
6101 Ball Rd., Ste. 207
Cypress, CA 90630-3965

American Express
PO Box 7871
Fort Lauderdale, FL 33329-0000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bank of America
100 N. Tryon St.
Charlotte, NC 28202-4024

Beverly Radiology Med. Group
PO Box 101418
Pasadena, CA 91189-1418

CA Franchise Tax Board
ATTN:  Bankruptcy Dept.MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

CACH, LLC Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

CMRE 877-572-7555
3075 E Imperial Hwy.
Brea, CA 92821-6733

Carson, McBeath, Boswell So. Coast Retina Center
4300 Long Beach Blvd. #300
Long Beach, CA 90807-2008

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Dana M Douglas Attorney at Law
4712 Admiralty Way #1001
Marina del Rey, CA 90292-6905

Endocrinology & Diabetes Spclty Grp
3300 E. South St. #103
Long Beach, CA 90805-4582

FCBS Inc. For CF Medical LLC
Lower Keys Med.
330 S. Warminster Rd., Ste. 353
Hatboro, PA 19040-3433

Franchise Tax Board Bankruptcy Section A340
PO Box 2952
Sacramento CA 95812-2952

Fidelity Creditor Svcs.
441 N. Varney St.
Burbank, CA 91502-1733

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Treasurer And Tax Collector - Attn Bankruptcy Unit
PO Box 54110
Los Angeles CA 90054-0110

M. Leonard & Assocs.
14520 Erwin St.
Van Nuys, CA 91411-2340

MCM Midland Credit Mgmt., Inc.
For FIA Card Services, N.A.
2365 Northside Dr., Ste. 300
San Diego, CA 92108-2709

Mandarich Law Group, LLP For Cache, LLC/Wells Fargo Bank
9200 Oakdale Ave., Ste. 601
Chatsworth, CA 91311-6513

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

Orange County Treas-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Progressive Management System
1521 W. Cameron Ave., 1st Flr
West Covina, CA 91790-2738

Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

Retina Associates Med. Group
436 S. Glassell St.
Orange, CA 92866-1906

Smetko, Carl
720 N Tustin Ave #102
Santa Ana, CA 92705-3606

Spinnaker Bay of Long Beach
Home Owners Corp
550 Parkcenter Dr., Suite 105
Santa Ana, CA 92705-3529

Spinnaker Homeowners Association
c/o Law Office of Edward Hess
601 N. Parkcenter Dr., Ste. 107-8
Santa Ana, CA 92705-3522

Verizon by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

WF Credit Services
PO Box 14517
Des Moines, IA 50306-3517

WF PLL
PO Box 94435
Albuquerque, NM 87199-4435

Clarence Yoshikane
1551 N Tustin Avenue Suite 850
Santa Ana, CA 92705-8636

Alain Azoulay
110 Echo Run
Irvine, CA 92614-7425