Robert P. Goe – State Bar No. 137019
Ryan S. Riddles – State Bar No. 298745
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
rriddles@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

General Counsel for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

DEC 19 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ALAIN AZOULAY,<br><br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 8:19-bk-11550-TA<br><br>**ORDER GRANTING MOTION FOR ORDER:**<br><br>**(1) APPROVING SALE OF REAL PROPERTY LOCATED AT 327 SALTA VERDE POINT, LONG BEACH, CA 90803;**<br>**(2) APPROVING SALE FREE AND CLEAR OF LIENS;**<br>**(3) APPROVING CARVE-OUT AGREEMENT;**<br>**(4) APPROVING PAYMENT OF AGENTS' COMMISSIONS;**<br>**(5) FINDING BUYERS ARE GOOD FAITH PURCHASERS; AND**<br>**(6) WAIVING THE 14-DAY STAY IMPOSED BY FRBP 6004(h)**<br><br>Hearing Date: December 17, 2019<br>Time: 11:00 a.m.<br>Ctrm: 5B |

Richard A. Marshack's ("Trustee"), the chapter 7 trustee for the bankruptcy estate of debtor Alain Azoulay ("Debtor"), *Motion for Order (1) Approving Sale of Real Property Located at 327 Salta Verde Point, Long Beach, CA 90803; (2) Approving Sale Free and Clear of Liens; (3)*

1

*Approving Carve-Out Agreement; (4) Approving Payment of Agents' Commissions; (5) Finding Buyers are Good Faith Purchasers; and (6) Waiving the 14-Day Stay Imposed by FRBP 6004(h)* ("Motion") [Docket No. 58] came on for hearing on December 17, 2019, the Honorable Theodor C. Albert presiding. Ryan S. Riddles of Goe Forsythe & Hodges LLP appeared on behalf of Trustee. Other appearances as noted on the record.

The Sale to the Buyers is pursuant to a California Residential Purchase Agreement and Joint Escrow Instructions and Trustee's Addendum ("PSA") in substantially the form as that attached to the Motion as Exhibit "2." The Trustee and Buyers have exercised good faith within the meaning of 11 U.S.C. § 363(m) in connection with the negotiation, execution, delivery, and consummation of the sale of the Property.

The Court having considered the Motion and based upon the record of the hearing on the Motion, no opposition having been filed, proper notice having been provided, and after due deliberation and good and sufficient cause appearing,

**IT IS ORDERED** that the Motion is granted as follows:

1. The Trustee is authorized pursuant to the PSA to sell to Oscar Mendoza, Elizabeth Loera, and Linda Mendoza (collectively "Buyers") the real property located at 327 Salta Verde Point, Long Beach, CA 90803, a true and correct copy of the legal description of the Property is attached hereto as **Exhibit "A"**, (the "Property") for the amount of $1,350,000 (the "Sale"). The Sale of the Property shall be "as is," "where is," "with all faults," and without any warranties, and the transfer of the Property shall be by grant deed.

2. The Sale is free and clear of all liens, claims, interests, and encumbrances under Bankruptcy Code section 363(f)(1), (2), and (5), and specifically free and clear of the following liens:

    a. Homeowners association assessment liens in favor of the Spinnaker Bay Homeowners Association. The first of which was recorded on August 10, 2010, as instrument number 10-1108090 in the amount of $1,440; the second of which was recorded on May 29, 2012, as instrument number 12-790961 in the amount of $1,555.00;

|     |     |                                                                                       |
| --- | --- | ------------------------------------------------------------------------------------- |
|     | b.  | A judgment lien in favor of Midland Funding, LLC in the amount of $8,893.10 recorded June 29, 2012, as instrument number 12-972496; |
|     | c.  | A judgment lien in favor of Paul W. Wylie as Trustee of the Urban Coyotes Living Trust dated July 1, 2001 and Linton Family LLC, a Nevada limited liability company in the amount of $6,281.90 recorded on August 22, 2012, as instrument number 12-1249812; and |
|     | d.  | A judgment lien in favor of Cach, LLC in the amount of $3,092.40 recorded on July 15, 2014, as instrument number 14-728764. |
| 3.  |     | The Carve-Out (as defined by the Motion) is approved.                                 |
| 4.  |     | From the Sale, the proceeds shall be distributed from escrow or by the Trustee as follows: |
|     | a.  | All reasonable and customary closing costs;                                           |
|     | b.  | Any unpaid property taxes to the County of Los Angeles – Treasurer-Tax Collector will be paid in full at the close of escrow directly from the net sale proceeds with all applicable costs, fees, charges, and interest as required by 11 U.S.C. §§ 506 and 511; |
|     | c.  | To Clarence Yoshikane of Coldwell Banker, as Trustee's broker and Buyers' broker, the aggregate amount of $45,000; |
|     | d.  | To BK Global Real Estate Services as its commission the amount of $22,500;            |
|     | e.  | To Trustee the amount of $67,500 pursuant to the Carve-Out (as defined in the Motion); |
|     | f.  | To Spinnaker Bay HOA the amount of approximately $3,000 for homeowners' dues/fees; and |
|     | g.  | To Bank of America, N.A., the holder of the first deed of trust recorded on April 28, 2006, in the Los Angeles County Recorder's Office as instrument number 06-937210, the remaining Sale proceeds after paying the amounts in 4(a)-(f). |

5. Upon the closing of the Sale escrow, each of the secured creditors is directed to execute such documents and take all other actions as may be necessary to release any liens and encumbrances of any kind against the Property, as such liens and encumbrances may have been recorded or otherwise exist.  If any person or entity that has filed deeds of trust or other documents or agreements evidencing liens or encumbrances on the Property shall not have delivered to the Trustee or escrow prior to the closing date, in proper form for filing and executed by the appropriate parties, reconveyance of deeds of trust, terminations statements, instruments of satisfaction, releases of all liens or other interest which the person or entity has with respect to the Property, then the Trustee is hereby authorized and directed to execute and file such statements, instruments, releases, and other documents on behalf of the person or entity with respect to the Property immediately prior to the closing date.

6. This Order shall be binding upon and govern the acts of all persons or entities including, without limitation, all filing agents, recording agencies, secretaries of state, and all other persons and entities who may be required by operation of law to accept, file, register, or otherwise record or release any documents or instruments.

7. The Sale will constitute a transfer for reasonably equivalent value and fair consideration under the Bankruptcy Code and all applicable law.

8. The Carve-Out (as defined in the Motion) between Bank of America, N.A. and the Trustee is approved;

9. This Court shall retain exclusive jurisdiction to enforce the provisions of this Order and the Sale and to resolve any dispute concerning this Order, the Sale, or the rights and duties of the parties hereunder (including, but not limited to, amounts owing to any creditors) or any issues relating to the Sale or this Order including, but not limited to, the interpretation of the terms, conditions, and provisions, the status, nature, and extent of the Property, and all issues and disputes arising in connection with the relief authorized herein.

10. The Buyers are afforded the protections of Bankruptcy Code section 363(m) as good faith purchasers.

///

11. The 14-day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived.

12. This Court retains jurisdiction: (a) to interpret, enforce, and implement the terms and provisions of this Order; and (b) to resolve any disputes arising under or related to this Order.

###

Date: December 19, 2019

Theodor C. Albert
United States Bankruptcy Judge

# EXHIBIT A

Order Number: **O-SA-5961164**
Page Number: 10

# LEGAL DESCRIPTION

Real property in the City of Long Beach, County of Los Angeles, State of California, described as follows:

PARCEL 1

LOT 45 AND 46, OF TRACT NO 45920, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1137 PAGE(S) 20 TO 26 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM THAT PORTION OF SAID LOT 45 LYING NORTHERLY AND NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 45 DISTANT NORTH 61° 33' 51" EAST 25.80 FEET FROM THE SOUTHWESTERLY TERMINUS OF THE COURSE SHOWN AS NORTH 61 ° 33' 51" EAST 62.87 FEET ALONG THE NORTHWESTERLY LINES OF SAID LOTS 45 AND 44 OF SAID TRACT, THENCE LEAVING SAID NORTHWESTERLY LINES OF SAID LOTS 45 AND 44 OF SAID TRACT, THENCE LEAVING SAID NORTHWESTERLY LINE, SOUTH 18° 00' 09" EAST 44.50 FEET, THENCE SOUTH 42° 27' 09" EAST 34.33 FEET TO THE SOUTHEASTERLY LINE OF SAID LOT 45

ALSO EXCEPT THEREFROM THOSE PORTIONS OF SAID LOTS 45 AND 46 LYING SOUTHWESTERLY OF THE FOLLOWING DESCRIBED LINE

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 46 DISTANT SOUTH 47° 32' 51" WEST 27.55 FEET FROM THE NORTHEASTERLY TERMINUS OF THE COURSE SHOWN AS NORTH 47° 32' 51" EAST 80.19 FEET ALONG THE NORTHWESTERLY LINES OF SAID LOTS 46 AND 47 OF SAID TRACT, THENCE LEAVING SAID NORTHWESTERLY LINE SOUTH 42° 27' 09" EAST 44.62 FEET, THENCE NORTH 47° 32' 51" EAST 6.00 FEET, THENCE SOUTH 42° 27' 09" EAST 52.09 FEET TO THE EASTERLY LINE OF SAID LOT 45

SAID LAND IS DESCRIBED AS PARCEL 45 IN LOT LINE ADJUSTMENT RECORDED JANUARY 29, 1998 AS INSTRUMENT NO 98-154949

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN A DEED RECORDED APRIL 13, 1971 AS INSTRUMENT NO 14 IN BOOK D-5024 PAGE 1, OFFICIAL RECORDS

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN DEED(S) OF RECORD ALSO EXCEPT CERTAIN RIGHTS AND RESERVATIONS FOR VARIOUS PURPOSES AS CONTAINED AND AS RESERVED IN THE DEED FROM SECURITY FIRST NATIONAL BANK, A NATIONAL BANKING ASSOCIATION, AS TRUSTEE UNDER THE WILL OF WARREN F MCGRATH, DECEASED IN DEED RECORDED JUNE 30, 1983 AS INSTRUMENT NO 83-740564.

SAID RIGHT AND RESERVATIONS ARE QUOTED FROM SAID DEED AND RECITED AS FOLLOWS

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 300 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN DEED(S) OF RECORD

GRANTEE SHALL HAVE NO RIGHT TO DRILL INTO OR THROUGH ANY PORTION OF SAID RESERVED LANDS AND SHALL HAVE NO RIGHT TO GRANT TO OTHERS ANY SUCH RIGHT TO DRILL

PARCEL 2

AN EXCLUSIVE EASEMENT FOR SIDEYARD PURPOSES OVER A PORTION OF AN ADJACENT LOT TO THE PROPERTY ON TRACT 45920, WHICH PORTION IS SHOWN AND ASSIGNED ON EXHIBIT "C" TO THE NOTICE AND DESCRIBED AS A SIDEYARD EASEMENT AREA IN THE HOMES DECLARATION, SUCH AS EASEMENT IS LIMITED BY THE HOMES DECLARATION

PARCEL 3

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS AND EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE HOMES DECLARATION, THE SLIP DECLARATION, THE HOMES NOTICE AND THE SLIP NOTICE.

PARCEL 4

AN EASEMENT APPURTENANT TO PARCELS 1 AND 2, FOR ACCESS, INGRESS AND EGRESS, OVER LOTS 9 AND 10 OF TRACT 36414 IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 966 PAGES 54 TO 63 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND AS AMENDED BY "CERTIFICATE OF CORRECTION" RECORDED MARCH 16, 1983 AS INSTRUMENT NO 83-294243, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN DEED(S) OF RECORD.

   APN: 7242-028-104